# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ANTONIO CASTRO

    VS                                                 CASE NO.  3:08cv176-LAC/MD

PATRICK L JACKSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on August 5, 2008

Motion/Pleadings: MOTION FOR EXTENSION OF TIME TO RESPOND TO REPORT AND RECOMMENDATION (30 DAYS)

Filed by PLAINTIFF        on 8/5/08      Doc.# 9

RESPONSES:

                                 on            Doc.#

                                 on            Doc.#

\_\_\_\_ Stipulated      \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed     \_\_\_\_ Consented

                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          *s/Donna Bajzik*

LC (1 OR 2)                            Deputy Clerk: Donna Bajzik

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 8th day of August, 2008, that:*

*(a) The relief requested is **GRANTED,** but only to the extent that objections must be filed by August 19, 2008.  Plaintiff is reminded that the Report and Recommendation for dismissal raises issues of law, not of factual inquiry.*

*(b)* _____

                                                              s/*L.A. Collier*
                                                     ***LACEY A. COLLIER***
                               ***Senior United States District Judge***